AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

NOV 0 7 2007
ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# United States District Court
## Western District of Louisiana

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| DON HANEY | |
| (Defendant's Name) | Criminal Number: 3:98CR30029-01 |

USM Number: 10096-035

BETTY MARAK
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) _ of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE (1) | Failing to Report New Arrest | 9/24/2007 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT
DATE: 11-7-07
BY: _____
TO: USPO 2
    USA Monroe 1

November 5, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

ROBERT G. JAMES, United States District Judge
Name & Title of Judicial Officer

November 7, 2007
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:   DON HANEY
CASE NUMBER:

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 Months .

With credit for time served since his arrest in September 2007.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL